# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| LINDA DIANE OVERTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:16-cv-01484 |
| | ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

On March 15, 2017, the magistrate judge issued a Report and Recommendation (Docket No. 24), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED for failure by the plaintiff to prosecute this case pursuant to 41(b) of the Federal Rules of Civil Procedure.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 10th day of April 2017.

_____
ALETA A. TRAUGER
U.S. District Judge